# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 25, 2015**

| | | |
|---|---|---|
| CAAP–14–00 00812 | State v. Wesly | Affirmed |

**March 31, 2015**

| | | |
|---|---|---|
| CAAP–14–00 00968 | John II Estate, Ltd., In re | Affirmed |
| CAAP–12–00 01024 | Lambert v. Waha | Vacated in part, Affirmed in part and Remanded |
| CAAP–14–00 00856 | Pao v. Dewaele | Affirmed |
| CAAP–14–00 00749 | State v. Higuchi | Affirmed |

**April 2, 2015**

| | | |
|---|---|---|
| CAAP–12–00 01058 | State v. Trombley | Vacated and Remanded |

**April 7, 2015**

| | | |
|---|---|---|
| CAAP–13–00 03148 | State v. Byrne | Affirmed |
| CAAP–12–00 00682 | State v. Kiyuna | Affirmed |

**April 8, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00707 | State v. Okamoto | Affirmed |

**April 10, 2015**